# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CASTILLO,<br><br>  Plaintiff,<br><br>  v.<br><br>PANALPINO, INC., et al.,<br><br>  Defendants. | Case No. CV 17-06485 AFM<br><br>**(1) SCHEDULING ORDER**<br>**(2) VACATING THE NOVEMBER 7, 2017 SCHEDULING CONFERENCE** |

Upon review of the Joint Status Report, the Court vacates the November 7, 2017 Scheduling Conference and pursuant to Fed. R. Civ. P. 16, sets the following schedule:

Last date for amending pleadings or adding parties: **December 8, 2017.**

Non-Expert Discovery: All non-expert discovery shall be completed by **April 27, 2018**. Any discovery motions shall be filed sufficiently in advance of this date, so that if additional discovery is ordered, it can take place before the cut-off date.

Expert Discovery: Initial expert disclosures shall be provided on or before **April 27, 2018**. Rebuttal expert disclosures shall be provided on or before **May 28, 2018**. All expert discovery shall be completed by **June 28, 2018**.

1       <u>Settlement</u>: Parties have selected ADR procedure no. 3 (Private Mediation).
2 Mediation shall be completed by **March 12, 2018.**
3       <u>Last date to file dispositive motions</u>: **July 6, 2018**.
4       <u>Telephonic status conference</u>: **March 20, 2018 at 10:00 a.m.**
5       <u>Pre-Trial Conference</u>: **October 2, 2018 at 10:00 a.m.**
6       <u>Jury Trial date (3-4 days)</u>: **November 13, 2018 at 9:30 a.m.**
7       Note: The Court is unavailable on the pretrial conference and jury trial dates
8 proposed by the parties. If the parties have substantial conflicts with the dates set in
9 this order for the pretrial conference and the jury trial, they should promptly contact
10 the Court's CRD to schedule a teleconference with the Court to discuss alternative
11 dates.

13 DATED: 11/2/2017

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE